# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>PHILLIP FLOWER,<br><br>　　　　　　　Defendant. | Cause No.: 4:24-PO-05061-JTJ<br><br>**ORDER** |

UPON the Defendant's unopposed motion to vacate trial and set a status, good cause appearing therefrom,

IT IS HEREBY ORDERED that the trial currently set for December 5, 2024 is VACATED and RESET for February 6, 2025 at 9:00 a.m. before the undersigned.

DATED this 4th day of December, 2024.

_____
John Johnston
United States Magistrate Judge