IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **PHILLIP FLOWER,** Defendant. | PO-24-5061-GF-JTJ **VIOLATIONS:** E2028918 E2028919 E2029999 **Location Code: M13** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $250 fine and $30 processing fee for violation E2029999 (for a total of $280), and for good cause shown, **IT IS ORDERED** that the $280 fine paid by the defendant is accepted as a full adjudication of violation E2029999.

Based upon the United States' motion to dismiss the defendant's violations E2028918 and E2028919, **IT IS ORDERED** that violations E2028918 and E2028919 are **DISMISSED**.

//

//

//

//

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 6, 2025, is **VACATED.**

DATED this 7th day of January, 2025.

_____
John Johnston
United States Magistrate Judge